**FILED**

**NOVEMBER 21, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6599**

| In the Matter of | Case Number: |
|---|---|
| Study Group USA, Inc. v The Center for Cultural Interchange and Emanuel Kuntzelman | |

**JUDGE CONLON**
**MAGISTRATE JUDGE COLE**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Study Group USA, Inc., plaintiff

| NAME (Type or print) |
|---|
| Alexis A. Hawker |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Alexis A. Hawker |

| FIRM |
|---|
| Lovells LLP |

| STREET ADDRESS |
|---|
| 330 N. Wabash Ave., Suite 1900 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL  60611 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6272375 | (312) 832-4400 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |