**FILED**
**NOVEMBER 21, 2007**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Study Group USA, Inc. v The Center for Cultural Interchange and Emanuel Kuntzelman

Case Number: **07 C 6599**

**JUDGE CONLON**
**MAGISTRATE JUDGE COLE**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Study Group USA, Inc., plaintiff

| | |
|---|---|
| NAME (Type or print) Edward W. Diffin, III | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Edward W. Diffin, III | |
| FIRM Lovells LLP | |
| STREET ADDRESS 330 N. Wabash Ave., Suite 1900 | |
| CITY/STATE/ZIP Chicago, IL 60611 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6281297 | TELEPHONE NUMBER (312) 832-4400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |