IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STUDY GROUP USA, INC., successor in interest to BSG USA, Inc.<br><br>Plaintiff,<br><br>v.<br><br>THE CENTER FOR CULTURAL INTERCHANGE, INC. and EMANUEL KUNTZELMAN, an individual,<br><br>Defendants. | )<br>)<br>)<br>)  Case No._____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**07 C 6599**

**JUDGE CONLON**
**MAGISTRATE JUDGE COLE**

## NOTIFICATION OF AFFILIATES
## DISCLOSURE STATEMENT

Pursuant to Northern District of Illinois Local Rule 3.2, Plaintiff Study Group USA, Inc. ~~states that it has no publicly held affiliates.~~

DATED this 21st day of November, 2007

/s/ Alexis A. Hawker
Counsel for Plaintiff

Alexis A. Hawker - 6272375
Edward W. Diffin, III - 6281297
LOVELLS LLP
330 N. Wabash Ave., Suite 1900
Chicago, IL 60611
Telephone: (312) 832-4400