IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| STUDY GROUP USA, INC.,<br>successor in interest to BSG USA, Inc.<br><br>Plaintiff,<br><br>v.<br><br>THE CENTER FOR CULTURAL<br>INTERCHANGE, INC. and EMANUEL<br>KUNTZELMAN, an individual,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 07 C 06599<br><br><br><br><br><br>Judge Suzanne B. Conlon<br>Magistrate Judge Jeffrey Cole |

**Exhibit B to Complaint**

Alexis A. Hawker - 6272375
Edward W. Diffin, III - 6281297
LOVELLS LLP
330 N. Wabash Ave., Suite 1900
Chicago, IL 60611
Telephone: (312) 832-4400



Center for Cultural Interchange

FAO Mr. David Evans
Deloitte and Touche LLP
Two World Financial Center
New York, NY 10281-1414
Fax: 1-212-653-3115

Sept. 15, 2004

Dear Sirs:

Monies due to BSG USA Inc.

I hereby confirm that as of September 2004 that Center for Cultural Interchange owed a total of US$597,670 under the terms of the International Exchange Cooperation Agreement dated 25 September 1998. An amount of US$207,500 was paid in the month of September 2004.

In respect of the outstanding monies due, these will be paid as follows:
$207,500 on or before Sept. 15, 2005
$207,500 on or before Sept. 15, 2006
$182,670 on or before Sept. 15, 2007

I trust that this information is sufficient for your purposes, but please feel free to contact me if you have any questions.

Sincerely yours,

Emanuel Kuntzelman
President, Center for Cultural Interchange