IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STUDY GROUP USA, INC.,<br>successor in interest to BSG USA, Inc.<br><br>Plaintiff,<br><br>v.<br><br>THE CENTER FOR CULTURAL<br>INTERCHANGE, INC. and EMANUEL<br>KUNTZELMAN, an individual,<br><br>Defendants. | Case No. 07 C 6599 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Study Group USA, Inc., successor in interest to BSG USA, Inc. ("Study Group") files this notice of voluntary dismissal and in support thereof states as follows:

1. The defendants in this case have not yet answered or moved for summary judgment.

2. The parties have settled this case and agree that all issues and controversies have been resolved to their mutual satisfaction.

3. The parties have executed a Stipulation of Dismissal, attached hereto as Exhibit A.

4. Whereby, all claims asserted in this action by Study Group against defendants the Center for Cultural Interchange, Inc. ("CCI") and Emanuel Kuntzelman are hereby voluntarily dismissed, with prejudice, with each party to bear its own attorneys' fees, costs, and expenses.

DATED this 3rd day of January, 2008

/s/ Edward W. Diffin, III
Counsel for Plaintiff

Alexis A. Hawker - 6272375
Edward W. Diffin, III - 6281297
LOVELLS LLP
330 N. Wabash Ave., Suite 1900
Chicago, Illinois 60611
Telephone: (312) 832-4400