IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STUDY GROUP USA, INC., successor in interest to BSG USA, Inc.<br><br>Plaintiff,<br><br>v.<br><br>THE CENTER FOR CULTURAL INTERCHANGE, INC. and EMANUEL KUNTZELMAN, an individual,<br><br>Defendants. | Case No. 07 C 6599 |

## STIPULATION TO DISMISS WITH PREJUDICE THE LITIGATON

Plaintiff, Study Group USA, Inc., successor in interest to BSG USA, Inc. ("Study Group") and defendants, the Center for Cultural Interchange, Inc. ("CCI") and Emanuel Kuntzelman (collectively the "Defendants") stipulate that Study Group's claims against the Defendants should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees, and that there is no party in this action who is an infant or incompetent person for whom a committee has been appointed. Notwithstanding the dismissal, this Court shall have continuing jurisdiction over Study Group, CCI and Emanuel Kuntzelman to enforce the Settlement Agreement entered by those parties on December 14, 2007 and to resolve any disputes arising under that Agreement.

Dated: January 3, 2008.

| STUDY GROUP USA, INC. | CENTER FOR CULTURAL INTERCHANGE, INC. and EMANUEL KUNTZELMAN |
|---|---|
| By: _____<br>One of Its Attorneys | By: _____<br>One of Their Attorneys |
| Alexis A. Hawker - 6272375<br>Edward W. Diffin, III - 6281297<br>LOVELLS LLP<br>330 N. Wabash Ave., Suite 1900<br>Chicago, Illinois 60611<br>Telephone: (312) 832-4400 | Michael E. Reed<br>Vedder, Price, Kaufman & Kammholz, P.C.<br>222 N. LaSalle Street<br>Chicago, Illinois 60601<br>Telephone: (312) 609-7640 |