# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6599 | **DATE** | 1/15/2008 |
| **CASE TITLE** | STUDY GROUP USA, INC vs. THE CENTER FOR CULTURAL INTERCHANGE, INC., ET AL | | |

**DOCKET ENTRY TEXT**

Plaintiff Study Group USA, Inc.'s stipulation [11] to dismiss the litigation with prejudice is granted.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|

Case 1:07-cv-06599   Document 12   Filed 01/15/2008   Page 1 of 1

07C6599 STUDY GROUP USA, INC vs. THE CENTER FOR CULTURAL INTERCHANGE, INC., ET AL   Page 1 of 1