# United States District Court

## Northern District of Illinois
### Eastern Division

STUDY GROUP USA, INC.,         **JUDGMENT IN A CIVIL CASE**

    v.                                          Case Number: 07 C 6599

THE CENTER FOR CULTURAL INTERCHANGE

- ☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

- ■ Decision by Court. This action came to trial or hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the case is dismissed with prejudice.

Michael W. Dobbins, Clerk of Court

Date: 1/15/2008

/s/ Willia Harmon, Deputy Clerk